■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC M. MONTIJO, Also Known as ERIC M. MONTIGO, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Firetog, J.), rendered April 26, 1991.

Ordered that the judgment is affirmed.

Appellate review of the issue raised by the defendant was effectively waived by him as part of his plea bargain. Accordingly, the judgment of conviction is affirmed (see, People v Callahan, 80 NY2d 273; People v Seaberg, 74 NY2d 1). Mangano, P. J., Sullivan, Balletta and O'Brien, JJ., concur.